# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**JACQUELINE D. MALONE**                                              **PLAINTIFF**

**v.**                                                               **CIVIL CASE NO. 3:21-CV-69**

**SOCIAL SECURITY ADMINISTRATION**                            **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated April 26, 2021, was on that date served via electronic mail through the court's CM/ECF system upon counsel of record; more than fourteen days have elapsed since service of the report and recommendation; and no objection has been filed or served by the parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED** that the report and recommendation of the United States Magistrate Judge dated February 26, 2021, is **APPROVED** and **ADOPTED**, and the plaintiff's motion for leave to proceed *in forma pauperis* is **DENIED.** The plaintiff shall pay the filing costs on or before June 9, 2021. Should the plaintiff fail to pay the costs, this action shall be dismissed without prejudice.

**SO ORDERED**, this the 11th day of May, 2021.

                                                                                             **/s/ Michael P. Mills**
                                                                                             **UNITED STATES DISTRICT JUDGE**
                                                                                             **NORTHERN DISTRICT OF MISSISSIPPI**